**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 3 2015

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. ___'15 –CV–01750___

(To be supplied by the court)

John A. Claice_____, Plaintiff,

v.

PARK County Sheriffs Dept.

P.C. Sheiff FRED weigner_____,

PC. underSheriff monte Gore._____,

PC. JAil AdminisTrator. CAPT. muldoon___,

PC. Deputy Vermillo_____,

PC. Deputy-corporal cooper_____,

PC. Deputy BREwer._____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

### PRISONER COMPLAINT

---

(Rev. 1/30/07)

1

## A. PARTIES

1. John A. Claice #105782, SCCF, Po Box 3
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   Pueblo Colo. 81003

2. PARK county Sheriff Fred wegner, PARK County Colo.
   (Name, title, and address of first defendant)
   Sheriffs Dept. Po.Box 965 Fairplay Colo. 80440
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? __ Yes  ✓ No  (CHECK ONE).  Briefly explain your answer:
   HE'S An elected county official ~~onto~~ Do which THE county
   has Been contracted By Colo. Doc. To detain, PARole Violators
   on Hold For PARole violATions

3. PC. underSheRiff monTe Gore, PARK county Colo. Sheriffs
   (Name, title, and address of second defendant)
   Dept. Po.Box 965 Fairplay Colo 80440
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? __ Yes  ✓ No  (CHECK ONE).  Briefly explain your answer:
   Hes An county official

4. PC. Jail Administrator CAPT. muldoon, PARK County Colo.
   (Name, title, and address of third defendant)
   Sheriffs Dept. Po.Box 965 Fairplay Colo. 80440
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under
   color of state law? __ Yes  ✓ No  (CHECK ONE).  Briefly explain your answer:
   HE'S A county Jail official

(If you are suing more than three defendants, use extra paper to provide the information
requested above for each additional defendant.  The information about additional defendants
should be labeled "A. PARTIES.")



A - PARTies ConT.

5. PARK County Deputy Vermillo, PARK County Colo. Sheriffs Dept. Po. Box 965 FAIRplay Colo. 80440

Deputy Vermillo IS A not A Color of State Employee, HES A County offical

6. P.C. Deputy - Corporal Cooper, PARK County Colo. Sheriffs Dept. Po. Box 965 FAirplay Colo. 80440

Corporal Cooper IS not A Color of State Employee, He is A County offical

7. PC. Deputy Brewer, PARK County Colo. Sheriffs Dept. P.O. Box 965 FAirplay Colo. 80440
Deputy Brewerer IS not A Color of State employee, He is A County official

Notice To The US DisT Court For Colo. The PlainTiff Brings This CASE AgainsT All named Defendants In Their Individual and ProfEssionaL CapacoTys.

3

## B. JURISDICTION

1.   I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

___✓___   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

_____   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.   I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

The Plaintiff was Transported To PARK County Jail on 5-29-15, To be held By The Jail (who is contracted by The Colo. Doc. To house and hold Doc. Inmates For PARole ViolATions while They ~~inmates~~ Await Their PARole Revocation Hearings).

Upon Arrival The Plaintiff was housed with over 17 other Colo. Doc. Inmates who were Also on hold For VARious PARole ViolATions.

Within 72 hours of his Arrival The Plaintiff began To have Custody Issues with 6 other inmates He was Being housed with. The Plaintiff notified STAFF and The Shift Commander of his Serious Custody ~~Custody Issue~~ Issues In writing, Via In-house Kites Addressed To The Shift Commander, Via In-house grievance That The Plaintiff Addressed To PARK County Under Sheriff monTE Gore; In This grievance The Plaintiff Describes his Custody Issues, of How AT Least 6 other Inmates He's Being housed with Are and have Been ASSAulting The Plaintiff. By

(Rev. 1/30/07)                                    **4**

(c. NATURE of CASE                    Page#2

SPraying The Plaintiffs Person, Bunk - Bedding, And Laundry Bag After being
Laundered, with A Combonation of A mixture of Cleaning Chemicals and BIO-
HAZardous Liquids assaults, The Bio-Liquid Consisted of URine/Feces.

In the grievance Addressed to monte Gore, The Plaintiff Also Listed The Dates
And Times (and Some of The Assailents names) of These ASSAULTS, So That
The Jail officials Can Review The Security Video Footage and Put A Stop To the
ongoing hate crime.

The SAme Day that The Plaintiff Submitted This grievance - By Placing it into The
Units Locked In-house mail Box, HE was Also Taken out of his Living Unit-D
Unit, By Deputy Vermillo And Escorted To booking where The Plaintiff Did
Register AS A Convicted Sex offender.

During The Registry Proccedure The Plaintiff InFormed Deputy Vermillo of
his Serious Custody Issues he was having, The Nature of his Issues and
of The Bio-HAZard Assaults he was Recieving. The Plaintiff Also gave Deputy
Vermillo A 2nd List which also Documented The Same Dates and Times and
Names of Some of The Assailents (Identicle To The List Submited on The grievance
To under Sheriff monte Gore) And Asked Deputy Vermillo To help him, Deputy
Vermillo Took This List And Said That Since The Plaintiff Filed A grievance Then
IT would Be Handled And Placed The Plaintiff Back into D-Unit, The Same
Unit The Plaintiff had Just inFormed him He was being ASSAULTED in.(The
Plaintiff Also notified These Partys That he had Been In Protective Custody In
The Colo. DOC. For The Last 2 years, And That he was Requesting To Be
PLACed Into Protective Custody Again At The PArk County Jail.).

5.

C. NATURE of CASE        Page #3

The Inmates which The Plaintiff Did Identify By Their Assigned Bunk and By The names they had given him, would CARRY out These ASSAULTS In A number of ways.

- Like when Inmate JAKE owens would wake up AT 3 or 4 Am in The morning and go Downstairs To the Clean Returned LAundry Bags- Sort Through Them, Find The Plaintiffs LAundry Bag and spray The Plaintiffs LAundry Bag with a Shampoo BoTTle That so ConTained uRine and Cleaning chemicals.

- or when Inmate Jeremy GRiego (who Bunked next To the Plaintiff) would mist The Plaintiffs Bunk or The Plaintiffs Back or Entire person by using A Small Pocket SiZED Spray BoTTle- (Possibly a astron NASal spray BoTTle). EACH Time The Plaintiff was preoccupied or DisTracted, or

GRiego And These other inmates Also used The Air DrafT which only Sucked Air into the RestRoom/Shower AREA (From The Living Pod) To ASSisT in Their ASSAults, By STanding ABove the EntryWay or Beside iT They would misT The only Entry way into This Part of The housing unit, with A misT of Bio HAZard Liquid - most everyTime That The Plaintiff would go use The RESt Room and or Shower, They were spraying iT on Faster Then The Plaintiff Could wash iT off, Forcing The Plaintiff To Live so ConTaminated with Their RAW Human waste on him.

They would Also STand ABove The Plaintiff on The 2nd Tier and misT him with This Same Bio-HAZard Liquid when He would use The Phone or Brushing his Teeth, Bending over Looking AT Books on The library Cart, It was Progressive-The ASSAults. Nothing was Done AT The PARK County Jail To Protect The Plaintiff Despite Also Writing Another 2 Page LeTTer To the PARK County Sheriff Fred wergner on 6-8- -15 , or indastry is water thrublate which Described The Plaintiffs

6

( NATure of Case    page#4

Custody Issues And who was ASSAuITing The plaintiff, how they were Still ASSAuITing him and how HE was Asking To Be placed into protective custody, Until 5-9-15 where The plaintiff was Finaly Physicaly ATTacked By Self proclaimed Gangster Deciefel-(STE member) Jeremy GRiego.

- on 5-9-15, The plaintiff was ultimatly ATTAcked By GRiega, In The PARK County Jail-D-unit, AT 10:58 Am, where The plaintiff was ASSAuITed -Hit and pummeled In The Head And Face By griego, where The PLAINTIFF Then There Did Defend himself with An old wresTling move That he had Learned Back In High School, which ended up CAusing The Assailent Jeremy GRiego To LAnd FACE ~~down~~ Down, Hitting his head and Breaking his Coller Bone.

ONLy After The ASSAuIT on 5-9-15 By GRiego, was The plaintiff TAken out of That Living unit and SubsequenTly Placed into AdminisTrative Segragation AT The PARK County Jail, For Reasons As stated in The written notice Because The plaintiffs ~~could not~~ In Ability to Live in group housing.

The plainTiff was Searched And questioned By PCJ. Admin. CAPt. muldoon And Deputy's Brewer and corporal Cooper, where These named partys Did VARIfy That They As well As The Shriffs Dept Did Recieve my grievance Addressed To under Sheriff monte Gore, 2-page LeTTer Addressed To Sheriff Fred wergner and In house kites directed to Shift Commander.

upon Being Searched These Said partys Did Find Another List (In The PlainTiffs pocket) ~~of some~~ of Dates and Times of FurTher ASSAuITs By These other Inmates, As well As Their names, This List was ConFiscated and Deputy Brewer Did Later InForm The PLAINTIFF That He was not getting That List Back- IT was being Held As Evidence.

On 6-13-15- the plaintiff Requested, In writing, LeTTers and grievances, He Addressed To The PARK County Sheriff Fred wergner, under Sheriff monte Gore.

Ŋ.

Page 5.

## C. NATURE of CASE

JAiL Admin. CAPT. Muldoon and Corporal Cooper, That They Store And Hold The PCJ. SECURiTY Camera Footage For D-unit From The Dates of 5-29-15 up To. 6-10-15, Because it Clearly Documents numerous ASSAULTS By numerous un AFFiLiATED (STG) - Gangmembers and An ongoing hoTe CRimes Directed AT The PlAinTiff For being A Convicted Sex offender.

On 6-15-15 Corporal Cooper Did RESpond To The Plaintiffs Request To hold The SECURiTY Camera Footage By Telling me To HAVE my ATTorney Request iT From The Jail. ~~xxxx~~ ~~xxxxx~~ ~~xxxxx~~

On 6-16-15 The PlAinTiff wrote To The PARK County DiSTRicT ATTorneys office Describing The NATure of Events, notifying ThEm of The EnTire SiTuaTion Asking The D.A.s office To ConFiscaTe The video FooTagey A Sec and LeTTer was wrote and SenT out From San Carlos Corr. FaciLiTy To The PARK County DAs office on. 7-19-15, Also, SToTing The Same Thing As The FiRST LETTEr.

POSTE note: upon Being PlAced into Ad-Seg AT The PCJ. Corporal Cooper Did Tell The PlAinTiff That The PARK CounTy Jail Could noT vareFy That The Plaintiff had Ever Been in ProTective CusTody WhiLE in ThE Colo. DOC.

Also The PlAinTiff Did File A VAuLentary WriTTen STATement on The Physical ATTACK By Jeremy GRiego, BuT Also STated That He Did noT wanT To File or press Any Charges on griegoj For That ATTACK.

The PlaintiFF was held in Ad-Seg AT The PARK County Jail up unTiL 6-24-15 Where he was Then TransporTed Back To DRDC. of Doc.

## C- STOPS...

8.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Failure To Protect, Excessive Force, Deliberate Indifference, Failure To Act.

Supporting Facts: On 5-29-15 The Plaintiff Arrived At The Park County Jail (On Hold For A Parole Violation.) And Was Placed Into D-Unit (A Dorm. Setting, Which Housed multiple Inmates In A Single Living and Bunk AREA). Upon Arriving In D-Unit The Plaintiff Soon discovered That Every other inmate -(Besides 2 others - Jeremy GRiego and Colton) were Also Being held At The PCJ. For Parole Violations. Awaiting Their Parole Violation Hearings.

Within 3 days of The Plaintiffs Arrival he Began HAving Custody Issues. With multiple inmates He was Being housed with, So The Plaintiff wrote out 2 Inhouse kites To The Shift Commander of The PCJ, On 6-2-15 and 6-3-15, HE Also Filed A grievance on 6-5-15 Addressing iT To The P.C. Undersheriff monte Gore, All of These kites and GRievances were placed into The Inhouse (Locked) mail Box. Also on 6-5-15. The Plaintiff was Taken out of D-unit By PCJ. Deputy Vermillo, who Escorted The Plaintiff To InTAke were The Plaintiff had To Register As A SEX offender. During This Registry The Plaintiff The Plaintiff Explained To Vermillo The Custody Issues HE was HAving and How He was Being

D. CAUSE of ACTION
Claim 1 Cont. Pg. 2

ASSAulted by AT LeasT Six other inmates he was Being Housed with, And that these ASSAults Consisted of The other inmates Spraying The PlainTiff with A misT of Bio-HAZardous Liquids, The plainTiff Told Deputy vermillo that These ASSAults were occuring By The other inmates when the PlainTiff was Using the Phone, The other Inmates would go upStairs on The 2nd Tier and Spray a mist of Bio HAZardous Liquid over The PlainTiff, (note; in The ⬛⬛⬛ ListS That The PlainTiff had made, The inmate named Tom who was Bunking in The Corner Bunk, who did go upStairs and mist The PlainTiff with a mist of Bio HAZardous Liquid — the Time and Date was Documented on This List See Bunk Area map.

The PlainTiff Also notified Deputy vermillo That Another inmate named Jeremy - GRiego was Also misting the PlainTiffS Person and Back of his JumpSuit - with Bio hazardous Liquids - The PlainTiff Also Documented Some of These Dates And Times on Both the First and 2nd Lists he made And Also in his gRievances.; The PlainTiff Also Told vermillo that The other Inmates were Also misting his Sleeping Bunk with This Same Bio HAZD. Liquid, Also his Clean Laundered Clothing and Laundry Bag.

At This Time Deputy vermillo Chose not To AcT and AfTer Hearing The PlainTiffs RequesT to Be PlacEd into ProTective Custody Because of These Bio hazardous ASSAults And The NATure of These ASSAULTS, Chose To Place The PlainTiff Back into Housing unit-D And Forced The PlainTiff Back Into A Dangerous and Life Threatening Situation.

Deputy vermillo, Later That night during 10;Pm Count Did notify The (white pride inmates), Inmate Smith - From Texas, Colten, James) and inmate (Eisto)(AN-JTG, SoRerOo inmate) That The PlainTiff had Just had To RegisTER AS A Sex offender Earlier That night, So he musT Be A Piece of Shit.

D. Cause of Action
Claim 1 Cont. pg3

After Deputy Vermillo Replaced the Plaintiff Back into Housing unit-D, and informed the other inmates of the Plaintiffs sex offender Status These Bio Hazardous ASSAULTS only increased By the other inmates, they would constantly mist the Plaintiff with Bio Handous Liquid and Some times Just with Spray Bottles-(Handed out By the Jail for Cleaning) That were Full of Cleaning chemicals.

These other inmates would not give the Plaintiff a moments Rest, they would mist the Plaintiff, while he was sleeping, when he used the Shower or Restroom Area, mist or Drench his Clean Laundry- Inmate Jake owens was Caught on camera multiple times Doing this -(Also Listed on the List of times and Dates of ASSAULTS) early in the morning 3 and 4 AM.

Despite writing several grievances and Letters to the PARK County Jail PARK County Shift commander, PARK County under Sheriff monte Gore, PARK County Sheriff Fred wergner, and notifying Deputy vermillo and Deputy C. Shore- verbally of these Bio Hazardous and chemical ASSAULTS, nothing was Done to HELP or protect the Plaintiff until he was violently Attacked - Hit and Pummeled By Inmate Jeremy Griego - on 6-9-15, then the Plaintiff was taken out of D-unit and Placed in Administrative Segregation -(Punished By the PARK County Jail) For Defending himself- Please see notice of Action-(Ad-Seg For the Plaintiff For his inability to get Along in group housing). Page #. 19

note. The Plaintiff Dated the ~~first~~ notification of these ASSAULTS as Follows- verbally to Deputy vermillo on 6-5-15, And to the Shift commander ~~cog~~ to the PARK County under sheriff monte Gore on6-5-15, to the

11.

D. Cause of Action

Claim 1 Cont. Pg. 4

Park County Sheriff Fred Wergner on ~~____~~. 6-8-15.

On 6-9-15 Park County ~~____~~ Jail Coropral Cooper Did Tell the Plaintiff That they had Recieved All of the Plaintiffs Kites, grievonces and notifications on the Assaults, so notification was varified, cpt. Cooper Said the Reason For the Slow Responce Time was Because the Sheriff And under Sheriff were Very Busy.

After the Plaintiff was Placed into Ad-Seg He was ~~searched~~ Setched By Deputy Brewer, capt. muldoon was witness, Deputy Brewer Found A 2nd List of names - Times and Dates That The Plaintiff had Documented of Further Bio ~~HAZARD~~ HAZARD Assaults That Continued on And After ~~____~~ 6-5-15 up to 6-9-15. Brewer Also Found A List of Phone numbers, Both List were Confiscated By The Park County Sheriffs Dept. When The Plaintiff Requested The Lists Back Deputy Brewer only gave the Plaintiff Back his List of Phone numbers - Stating - He wasnt giving The Plaintiff The other List of Times And Dates of the Assaults - It was Being Held as ~~EV~~ Evidence. ~~____~~ The Plaintiff Did File A Vaulentary Statement on The Attack By Jeremy Griego on 6-9-15, But Chose not To File Any Charges on Griego For This Attack.

Park County Deputy Vermillo Failed To Act and encouraged the other inmates to Continue Their Abuse of The Plaintiff Because of his previous Sex offense Conviction. ~~____~~ When The Plaintiff Tried To wash A Contaminated JumpSuit Along

12

D- Cause of Action
Cont. Pg. 5

With his filthy Bio Hazardous contaminated Laundry, Deputy Pender refused to allow the Plaintiff to  and kicked the Plaintiffs Laundry Bag Back at the Plaintiff stating that the Plaintiff could not launder his dirty Jumpsuit- Deputy Vermillo was also present at this Time, This was on or around ~~6-30-8~~. 6-3-15

Also on  or around 6-3-15- After the Plaintiff had Reported these Biohazardous assaults By the other inmates, to Deputy Vermillo The Plaintiff hung his ~~sheet~~ sheet off of the side of the Top Bunk (Above his Bottom Bunk) to Prevent the inmate Bunking next to the Plaintiff from misting the Plaintiff while he was Sleeping, This other Inmate at that time was Jake Owens. Later that night Deputy Pender Came by Took the Sheet Down and Threw it Across the Floor- Laughing He told the other Inmates Lets See if This Pisses him ~~off~~.

Deputy Pender new and was aware of the assaults By the other Inmates and  In his behavior by not allowing the Plaintiff to Launder his contaminated Jumpsuit and by taking down this sheet that the Plaintiff had hung (As A Barrier, As meager as it was, to try to Discourage his niebor from Spraying him with Biohozards as the Plaintiff Slept) encouraged the other inmates- Gave them the green Light to continue their assaults on the Plaintiff, Deputy Pender was very Vocal and Loud when dealing with the Plaintiff in these matters, He did this to deliberatly allow the other inmates to hear him. Deputy Pender did this with malicious intent.

13

D. CAUSE of ACTiON
ConTi Pg6

On 6-15-15 The PlainTiff REQuESTED ThaT The SecuriTy video footage For PARK CounTy JaiLS D-uniT is CollecTed and STored From The DaTes of 5-29-15 up To 6-10-15. Because iT Show's oTher ASSAULTS - Bio HAZard ASSAULTS TAKing PLace on The PlainTiff by mulTiPle inmaTes Throughout Each Day. The PlainTiff RequesTed This Footage By Speaking To PCJ. Corporal Cooper - who Told The PlainTiff To have his ATTorney Request iT. The PlainTiff ALso RequesTed iT In wriTing AfTer DEPuTy Brewer InFormed The PlainTiff That He was Facing Charges For a Felony 4 ASSAULT. LATer CaPTimuldoon InFormed The PlainTiff That no Charges would Be Filed on him That EveryThing was Remaining In house. (See Park Count Inmate Request Form DaTed 6-15-15- Page 15 D-CAuse of AcTion of This DocumenT.)

Deputy Vermillo AcTED with malicious InTenT when he Found out About The Bio HAZard- ASSAULTS occurring To The PlainTiff and LATer InFormEd Several of The ASSAilEnTS That The PlainToff had To Register AS A ConvicTed Sex offEnder, He ALso AcTed maliciousLy when he PlacEd The PlainTiff Back inTo ThaT Same Dangerous EnvironmenT. vioLaTing The PlainTiffs 5-Th, 8Th and 14Th ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ RighTs.

14.

D. CAUSE of Action.
Pg. # Cont.

Park County Also Denied The Plaintiff his due Process Rights by Acknowleging that they had Recieved All of the Plaintiffs notices of these Bio hazard Assaults and Failed To Respond In an Timeley manner. Thus violating the Plaintiffs 5th, 8th and 14th Amendment Rights, PCJ. ~~For the~~ ~~State~~ And its Employees and the Park County Sheriff Fred wegner, under Sheriff monte Gore and Deputy vermillo Failed to Act In their Professional and Individual capacitys on All Accounts Thus violating the Plaintiffs Civil Rights For a total of 10 days. they all Failed To Act, Failed to protect the Plaintiff From Serious Bodily harm and malicious Intent by the other inmates and Some of PCJ. Deputys.

To The PC. Sheriff Fred wegner, underSheriff monte Gore, Admin cap. muldoon

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

For PC. D.A.

INMATE REQUESTING: John ClAice          DATE: 6-15-15  HOUSING: Ad-Seg

REQUEST: Deputy Brewer Informed me that I'm Facing Felony 4 Assault Charges. on 6-14-15, So I'm Requesting that The PCJ. collect and Store and hold All Audio and video Footage Surveyllance For Unit D of PCJ From The dates of 5-29-15 up to 6-10-15 Because of other Assaults Taking place AT/During These Times, on me.

OFFICER REPLYING: _____          DATE: 6-15-15

RESPONSE: You can request this Through the Court Process.

(15)

J Did Sent out To The D.ST ATT. on 6-16-15

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

   *CSP- Warden Susan Jones LT. VanGelder,*

2. Docket number and court name:

   *NA. AT This Time*

3. Claims raised in prior lawsuit:

   *Failure To Protect.*

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

   *I Couldn't File The appeal in Time Because- Doc- Kept Bouncing From one Prison To Another to Another - Dismissed without Predudice*

5. If the prior lawsuit was dismissed, when was it dismissed and why?

   *2014*

6. Result(s) of any appeal in the prior lawsuit:

   *NA.*

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

   *I Filed multiple grievances But onLy got verbal Responces*

(Rev. 1/30/07)

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Compensitary Damage: For making The Plaintiff Live in Fear For his Life and Health and Future Health- one million Dollars.

Punitive Damages- one million Dollars, For Allowing The Assaults to Continue For 10 Days

moneTary DAmages -one million Dollars, Plus ATTorney Fees Court Costs and Exspenses.

Plus Any Future Costs For Future medical Bills or TreaTments That Should Arise From The Plaintiff being Assaulted For Days with Human uRine and Feces- which could cause Hepititus -A-B and Co STRands- Hiv and Aids. All of these viruses can Take months and or years to Come To Test PosiTive AfTer Initial Exsposure.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___9-9-15___

(Date)

_____

(Prisoner's Original Signature)

I Hereby ceRTify That A Copy of The Foregoing documents was mailed To The Defendants and/or Def. Counsel AT PARK County Sheriffs Dept. 1180 County Rd. 16, PoBox 965, Fairplay colo. 80440

Address on 9-9, 2015,

_____ 9-9-15 _____        Signed DaTed By Plaintiff

## Motion To Subpeona Evidence

The Plaintiff Requests That The US District Court Subpeona The Following

1. The Audio and Video Footage From Park County Jails Video Survielance Cameras From The Dates of 5-29-15 Up Through And To 6-10-15 For D-Unit of The Park County Jail which Show Several Inmates Assulting The Plaintiff over a 10 day period.

2. Copys of The Plaintiff's Letters To The Park County Sheriff Fred Wergner Dated 6-8-15 notifying him and The Sheriffs Dept. That I was in Protective Custody while in Colo. Doc. And That I was having Custody Issues With At least 6 other inmates At Park County Jail, And All of us Were on Hold At PCJ, For The Colo Doc. For Parole Violations, That These other inmates Were Spraying my Sleeping Bunk And Clothing with Chemicals And Urine, In This Letter I gave Actual Do

3. The grievance Addressed to under Sheriff monte gore Describing ongoing Chemical/urine Assaults, By other Park County inmates, Documenting Dates And Times of These Assaults, note- I Also gave Deputy Vermillo - Some of These Dates And Times To Review on Camera, Assaults Were Progressive and Still Continued, grievance Dated 6-5-15

4. The written Request To PCJ. Asking That The Video and Said Audio Footage Be Saved, Request Dated 6-13-15, on 6-15-15, Verbal Responce By PCJ Deputy Corpral Cooper, Request Addressed to Sheriff motors Fred Wegner, Capt muldoon, Corpral Cooper.

5. The Copys of The 2 Inhouse Kites written To The Park County on Duty Shift commander notifying Them of The Plaintiffs Custody Issues, Dated 6-3-15.

6. The List of Documented Days And Times of Individual Assaults The Plaintiff had made and was Taken And Confiscated By PCJ. Captain muldoon and Deputy Brewer on 6-9-15.

7. A Copy of The notice That The Plaintiff Was Being Placed into Ad-Seg At and By The PCJ. on 6-9-15, After The Plaintiff Was Physicaly Attacked by Jeremy Griego, Addressed By PCJ. Corporal cooper.

Motion #2    Motion To Appoint Special mester To Confiscete and Store Video/Security Footage From Park County Jail ~ Footage of D-Unit From The Dates of 5-29-15 Up To and Through 6-9-15, Including These dates Specified and Every Day inbetween, The Full 24 hours A Day.

Motion #3    Motion For Court Appointed Counsel In This + matter.

18

Deputy Ledving - Deputy Pinder Transport - Deputy Shrimp

Intake Deputys who refused to contact mesa county when I got here Coates - Lampman -

So my property was Lost - still is - got it back 6-13-14 ok

Pinder

Park County Sheriff's Office

**JAIL**

To: Claice, John Allen

From: Corporal P. Cooper

Subject: Ad-seg

Date: 06/09/2015

Due to your continued behavior and inability to live in a group living situation you are being placed on administrative segregation. Weekly reviews will be done on your status, but until you are able to prove that you can handle group living you will be kept in seg.

Corporal P. Cooper

On - 6-9-15 Corporal P. Cooper Told me That They couldn't Find Any Record of me Being in ProTective CustodY In Doc. of color - I Told him yes - The LasT Place I was In PC was AT SCCF, For 4½ months in 2-wEsT Ad. Seg Because iTs The onLY Place They had To house PC inmates. on 6-10-15 Deputy ~~Pinded~~ Pinder RefusEd To bring me milk with my brEakfasT Tray - said I DiDnT get any with The Kosher meal I ASkEd him For iT 2-SeperaTe Times the never brought me any. I informed ⊕ DEputy CoaTes of iT at 930 - still nevergot any and night shifT never broughtmy LAundry Bag Back - no ⊕ Clean ToweL. AT Lunch I was only Served A cold Tray of Beans, 2 Pieces of bread - 1 cup oforange sLices, 10z of cabboge, ½ cup of cottage cheese missing The hot Tray. 45 min AfTer Lunch ⊕ Dep. CoaTes came into seg - I had kicked my Door 3 Times And ordered me To quit kicking his Door, I ASked For my hot Tray CoaTes Responded Fuck your hot Tray and LefT 15 min Later CoaTes come Back to seg - checked on The inmaTe in cell 2 - I again Asked him For my Kosher hot Tray and some inmate Request Forms he said ok and LefT - never got it.

19.

<u>MY COPY</u>                    Park County Jail grievance

name- John Claire  ,  date- 6-10-15 -                    PC= Protective custody

I Am a convicted Sex offender and ~~After I Arrived~~ At The PARK County Jail on 5-29-15
By 6-5-15 I began having custody Issues with the white supremists, 211's, AB's and LaTina
STG.members- Gangster decifer Jeremy GRiego and Sorenia mario- AKA LiesLog All
were being housed In PCJ's D unit I wrote 3 inmate Requests Asking to be Placed
Into Protective custody Because of These custody Issues, I wrote one to ms Ellis
and got no Response, and 2 To The Shift Commander- no Respance. I Filed a grievance ⁻on6-8-15
on it and Directed iT To The PARK county underSheriff monte Gore, (on 6-8-15, I Also
wrote a 2Page LeTter of my custody Issues To The PARK county Sheriff <u>Fred WEgner</u>
~~got~~ no Responces From any of my notices) on 6-9-15 I was ATTacked And ASSaulted By
STG member Jeremy GRiego, In D unit of PARK County Jail AT Approx. 1058 A.m. I Did
Defend mySelf and an hour LaTer I was Taken out of The unit and Placed into Ad-Seg
Jeremy GRiego was hospiTalized As A ResulT of him ATTacking me. Ive Submitted
A vauLanTary written StaTement on 6-9-15, and on 6-9-15 I was Told by corpral Cooper
PCJ, That There is no Record I was Ever in PC. while in The ~~PAR CO CO~~
Colo. Dept of Corrections, But There is conTACT my PARole officer Chuck
nish.   PARK County Failed To ACT and Failed To ProTect me Even AfTer I notif
Ied Them of my custody Issues I began having AT The [PCJ] (wrote LeTTer To Sheriff)
As of 6-11-15 no Responces, on ~~6-9-15~~ 6-7-15 I conTacted my Family on The Phone AT
PCJ and explained my custody Issues and I Told my Family I was Trying to be Placed
Into PC. For These Issues. Recorded.   PCJ ReFused To Place me Into PRotective custody
On 6-6-15 I overheard Deputys vermillo, ⁻Pinyard - Pinder  Tell inmate Smith ⁻From Texas That They werent Putting
me Into PC because Then They would have to give me A single cell, TV, Everything
That General PopuLation has. That They InsTead were going To make me check in
and catch A write up ~~for~~ Incident Report, And Thats ExacTly what happened
on 6-9-15 - when I was ATTacked by G Riego, now As A ResulT Ive Been Placed
on Ad-Seg status and The captain muldoon has confiscated The only PaPer I had All of ⁻List of ASSaults
my outSide conTACT InFo on, my FamiLys Address's Phone #s other InFo. and
STill hasnT ReTurned it. now Im being Punished and Placed on one of The highest
custody Levels PCJ has, Because PCJ afficals had Failed To ACT Failed To ProTect
me, Even AfTer I notified Them Several Times in writing and verbaly - when I RegiS
Tered AT PCJ I SPoke of my custody Issues To Deputy vermillo That I have had
And was STill having Serious custody Issues and nothing wasDone unTile AfTer
I was ASSaulted, Remedy Take me off of Ad-Seg STaTus, and Pul me in PC. and give
me everyThing That is offered To GP. ALso give me Back The Sheet of PaPer conTaining all of my outSide
conTACT InFo on it. - got outSide conTACT InFo Back on 6-14-15 By Deputy Brewel ⁻NoList
⁻of ASSaults
20.

THERE WILL BE A $10.00 CHARGE TO SEE PSYCHIATRIC PROVIDER **PER VISIT. YOU WILL NOT BE DENIED PSYCHIATRIC CARE IF YOU ARE UNABLE TO PAY, BUT THE CHARGE WILL GO ON YOUR BOOKS AS A NEGATIVE BALANCE.**

IN ORDER TO SEE THE PSYCHIATRIST PLEASE FILL OUT THIS 16 PAGE INITIAL INTAKE IN ORDER TO FACILITATE AN INTERVIEW AND TREATMENT.  BE SURE **TO INITIAL THE BOTTOM OF EACH PAGE** TO CONFIRM THAT THIS IS ACTUALLY YOUR INFORMATION.

ALSO READ AND SIGN THE CONSENT TO RELEASE INFORMATION PAGE ATTACHED. ON THIS FORM PLEASE BE AS SPECIFIC AS POSSIBLE ABOUT WHO YOUR MAIN PRESCRIBING DR/DRS WERE.

THEIR NAME
NAME OF CLINIC
WHERE-WHAT TOWN/STATE
PHONE # IF YOU HAVE IT
APPROXIMATELY WHEN  DID YOU SEE THIS MD/CLINIC  LAST

AND SIGN THE BOTTOM CONSENT STATEMENT SO WE CAN SEND FOR INFO.

MEDICAL



Kevin - Blackman - 50 years old
Augustine - Diazona Jaquez
PAul - Blackman - 37 - west front - milf
Jeffry grieg - one - gangster Decifel
Tom

Jake owens
Josh I Think
Colten - 23
211 - White Boy Threatened me Said he'd knock me out if I kept looking at him
mario ~ AKA Liesto - Soreno gang 50 years old

Pit Bull 25 year old Black man
Dowdy
Said his name is Jim Told me not to look his way
Tim Stine

Smith White Boy - 211 or AB From Texas

Inmates housed AT PARK County Jail From 5-13-15 up to 6-9-15 in Unit D.

# InDex

Pages 1-3 - A-PARTies

4-8-B-NATure of THE CASE.

9-15-C-D-CAUSE of ACTion

16-17. E-F-G. + Certificate of mailing.

18. - motions 1-3 To Subpeona evidence, To Appoint
Special master Appontment of counsel

19. Ad-Seg notice From PCJ. Corporal P.Cooper.

20 PARK County Jail grievance-my copy.