FIRST-CLASS MAIL
$02.03
neopost 08/12/2015
US POSTAGE
ZIP 81003
041L11225929

U.S. District Courthouse
901-19th St. Rm. A-105
Denver Colo 80294-3589

Colorado Department of Corrections
Name: John Claire
Register Number: 103762
Unit: SCCF-2-W
Box Number: 3
City, State, Zip: Pueblo Colo 81003

