**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 13 2015

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'15-CV-01750**
(To be supplied by the court)

_John A. Clace_ , Plaintiff,

v. _Park County Sheriff's Dept._

_P.C. Sheriff Fred Wergner_

_P.C. Under Sheriff Monte Gore_

_P.C. Jail Administrator CAPT Muldoon, And All_, Defendant(s).

---

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1.) I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

_1983 Prisoner complaint Conditions of Confinement Failure to Act, Failure to protect, Deliberate Indifference Civil Rights violations of 5th-8th and 14th Amendments_

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

$0.00

5. Are you in imminent danger of serious physical injury?

✓ Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

You wouldn't believe it if I told you.

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___9-9-15___
(Date)

_____
(Prisoner's Original Signature)

(Rev. 10/01/12)          2

# AUTHORIZATION

I, __John A. Clarce__, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): __John A. Clarce__

Prisoner Signature: __John Clar__

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: John A. Clarce

Signature of Authorized Prison Official: _____

Date: AUG 1 0 2015

DOCNet - Offender Portal



**105782 - CLAICE, JOHN A**
SAN CARLOS, SCCF/2WEST

   

Printed 08/10/2015 at 10:55 am by Tiffani Holubek (trholube)

Criteria — Date Start: , End:

## STATEMENT OF ACCOUNT ACTIVITY

Statement Period: 02/10/2015 - 08/10/2015

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/10/2015 00:00 | Beginning Balance | 0.00 | -67.06 | 3.60 | | | 3.36 | 0.24 | |
| 02/12/2015 06:17 | Canteen Ord#10996042 | -0.72 | -67.78 | 2.88 | | 0.00 | 2.64 | 0.24 | SA |
| 02/18/2015 10:16 | HYGIENE ITEMS DEBIT | -0.94 | -68.72 | 1.94 | | 0.00 | 2.64 | -0.70 | SA |
| 02/18/2015 10:17 | HYGIENE ITEMS DEBIT | -0.77 | -69.49 | 1.17 | | 0.00 | 2.64 | -1.47 | SA |
| 02/19/2015 10:30 | POSTAGE-DEBIT | -0.69 | -70.18 | 0.48 | | 0.00 | 2.64 | -2.16 | SA |
| 02/27/2015 00:45 | CHILD SUPPORT-43019864933 | -0.66 | -70.84 | 0.00 | | 0.00 | 1.98 | -1.98 | SA |
| 02/27/2015 00:46 | DISCIPLINARY-290626 | -1.32 | -72.16 | 0.00 | | 0.00 | 0.66 | -0.66 | SA |
| 02/27/2015 00:53 | RESTITUTION-99CR186 | -0.66 | -72.82 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 03/04/2015 16:44 | 5 PROGRAM WORKER III | 6.60 | -66.22 | 3.30 | MANDATORY | 2.64 | 2.64 | 0.66 | SA |
| 03/16/2015 11:20 | Canteen #11079931 Hold | 0.00 | | 3.30 | CANTEEN | 0.42 | 3.06 | 0.24 | |
| 03/19/2015 06:39 | Canteen Ord#11079931 | -0.42 | -66.64 | 2.88 | | 0.00 | 2.64 | 0.24 | SA |
| 03/31/2015 00:28 | CHILD SUPPORT-43019864933 | -0.66 | -67.30 | 2.22 | | 0.00 | 1.98 | 0.24 | SA |
| 03/31/2015 00:29 | DISCIPLINARY-290626 | -1.32 | -68.62 | 0.90 | | 0.00 | 0.66 | 0.24 | SA |
| 03/31/2015 00:36 | RESTITUTION-99CR186 | -0.66 | -69.28 | 0.24 | | 0.00 | 0.00 | 0.24 | SA |
| 04/06/2015 16:11 | 5 PROGRAM WORKER III | 7.26 | -62.02 | 3.87 | MANDATORY | 2.91 | 2.91 | 0.96 | SA |
| 04/13/2015 10:16 | Canteen #11137274 Hold | 0.00 | | 3.87 | CANTEEN | 0.42 | 3.33 | 0.54 | |
| 04/16/2015 06:35 | Canteen Ord#11137274 | -0.42 | -62.44 | 3.45 | | 0.00 | 2.91 | 0.54 | SA |

| Date/Time | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/2015 08:25 | RELEASE MONEY - CREDIT | 100.00 | 37.56 | 37.56 | | 0.00 | 2.91 | 34.65 | SA |
| 04/20/2015 08:25 | PAROLE DEBIT CARD | -100.00 | -62.44 | 0.00 | | 0.00 | 2.91 | -2.91 | SA |
| 04/30/2015 00:28 | CHILD SUPPORT-43019864933 | -0.73 | -63.17 | 0.00 | | 0.00 | 2.18 | -2.18 | SA |
| 04/30/2015 00:29 | DISCIPLINARY-290626 | -1.45 | -64.62 | 0.00 | | 0.00 | 0.73 | -0.73 | SA |
| 04/30/2015 00:35 | RESTITUTION-99CR186 | -0.73 | -65.35 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 05/04/2015 16:36 | 5 PROGRAM WORKER III | 7.26 | -58.09 | 3.63 | MANDATORY | 1.46 | 1.46 | 2.17 | SA |
| 05/06/2015 09:20 | HYGIENE ITEMS DEBIT | -0.77 | -58.86 | 2.86 | | 0.00 | 1.46 | 1.40 | SA |
| 05/06/2015 09:23 | HYGIENE ITEMS DEBIT | -0.94 | -59.80 | 1.92 | | 0.00 | 1.46 | 0.46 | SA |
| 05/06/2015 09:23 | HYGIENE ITEMS DEBIT | -0.94 | -60.74 | 0.98 | | 0.00 | 1.46 | -0.48 | SA |
| 05/07/2015 13:46 | TELEPHONE-CREDIT | 0.01 | -60.73 | 0.98 | | 0.00 | 1.46 | -0.48 | SA |
| 05/29/2015 00:31 | DISCIPLINARY-290626 | -0.73 | -61.46 | 0.25 | | 0.00 | 0.73 | -0.48 | SA |
| 05/29/2015 00:37 | RESTITUTION-99CR186 | -0.73 | -62.19 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 06/03/2015 15:35 | 5 PROGRAM WORKER III | 0.33 | -61.86 | 0.17 | | 0.00 | 0.00 | 0.17 | SA |
| 07/09/2015 13:55 | POSTAGE-DEBIT | -0.49 | -62.35 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 07/09/2015 14:09 | POSTAGE-DEBIT | -0.49 | -62.84 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 07/27/2015 10:23 | POSTAGE-DEBIT | -0.49 | -63.33 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 07/30/2015 12:19 | POSTAGE-DEBIT | -0.49 | -63.82 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 07/30/2015 15:02 | XEROX-DEBIT | -0.25 | -64.07 | 0.00 | | 0.00 | 0.00 | 0.00 | SA |
| 08/04/2015 15:43 | 1 STUDENT | 6.66 | -57.41 | 3.33 | MANDATORY | 2.67 | 2.67 | 0.66 | SA |
| 08/10/2015 09:05 | Canteen #11381640 Hold | 0.00 | | 3.33 | CANTEEN | 0.50 | 3.17 | 0.16 | |
| 08/10/2015 23:58 | Ending Balance | 0.00 | -57.41 | 3.33 | | 0.00 | 3.17 | 0.16 | |

**Total Deposits:** 128.12
**Total Withdrawals:** 118.47

Account Information as of 08/10/2015 10:55

Status: ACTIVE    Current Balance: $-57.41    Total Money In Hold: $0.00
Total Reserved/Encumbered: $3.17    Available Balance: $0.16

| | Statement Information |
|---|---|
| **Date:Time** | reflects the transaction date and time of deposits and withdrawals to the account during the statement period. |
| **Description** | is a brief memorandum describing the transaction. |
| **Tran Amt** | is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number. |
| **Balance** | is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2. |
| **Available Before W/H** | is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref. AR 200-2). This amount is derived prior to mandatory withholding. |
| **Encumbrances** | are amounts placed on hold pending further processing by the banking system, such as when a centeen order is posted or a deposit is subject to mandatiry garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported. |
| **Available Balance** | shows monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical. |
| **FC** | (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction. |
| | **NOTICE: This statement may not include most recent Withdrawals or Deposits.** |

Printed 08/10/2015 at 10:55 am by Tiffani Holubek (trholube)