IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

    Plaintiff,

v.

P.C. DEPUTY VERMILLO,

    Defendant.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to the United States Marshal Service for service of process to P.C. Deputy Vermillo: COMPLAINT FILED 08/13/2015, ORDER TO DISMISS IN PART AND TO DRAW CASE FILED 09/25/2015, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on September 29, 2015.

John A. Claice
#105782
San Carlos Correctional Facility
P.O. Box 3
Pueblo, CO 81002

US Marshal Service
Service Clerk
Service forms for: P.C. DEPUTY VERMILLO

    s/ s phillips
    Deputy Clerk