To The U.S. Dist Court For The Dist. of Colo.

Civil Action # 15-cv-01750-GPG

John A. Claice

v.

Park County Deputy Vermillo

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 0 5 2015
JEFFREY P. COLWELL
CLERK

## Motions

The Plaintiff has just recieved the order of Reference dated 9-28-2015 And asks the court to issue orders Directing the Plaintiff. Its unclear if the Plaintiff still must Amend complaint?

The Plaintiff Also requests 60 days To File An Amended complaint In Responce To Magistrate Judge Gordon P. Gallaghers order dated August 17-2015; If it is still Required

The Plaintiff Also Requests That The Courts Allow This out of Time Filing, The Plaintiff is Indigent and has put in 3 Requests To The SCCF Law Library Requesting paper and he Just Recieved it on Sept. 28th-2015.

The Plaintiff Also Requests 60 Days ~~To File An Amended complaint~~ In order to give The Plaintiff Time To Locate and Aquire counsel. The Plaintiff has Requested multiple Attorney Address From the SCCF Law Library and has only been given Address's That

were incorrect and mailed back from the U.S. post office. The Plaintiff gets Released from prison on Nov. 9th and this should allow the Plaintiff ample time to procure counsel for this matter and to file an amended complaint.

Signed/Dated *[signature]*

9-30-15.

I certify that I've mailed a copy of the foregoing document to the Defendant Pc. Deputy Vermillo. At the Park County Sheriffs Dept. 1180 County Rd. 16, Po Box 965, Fairplay Colo. 80440 on 9-30-15.    Signed/Dated

*[signature]*   9-30-15.

**Colorado Department Of Corrections**

Name: John A. Claire
Register Number: 105782
Unit: SCCF-2-W-5
Box Number: 3
City, State, Zip: Pueblo Colo. 81002

DENVER CO 802
01 OCT 2015 PM 5 L
neopost
10/01/2015
US POSTAGE $00.49
ZIP 81003
041L11225929

U.S. Dist Courthouse
901-19th St. Rm.-A105
Denver, Colo.
80294-3589