IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

        Plaintiff,

v.

P.C. DEPUTY VERMILLO,

        Defendant

---

### ENTRY OF APPEARANCE

To:    The Clerk of the Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for: **PARK COUNTY DEPUTY VERMILLO**

Dated this 2nd day of November, 2015.

/s/ *Jeffrey L. Driscoll*
Jeffrey L. Driscoll, Reg. No. 21825
WILLIAMS, TURNER & HOLMES, P.C.
P.O. Box 338 / 200 North 6th Street
Grand Junction, CO 81502
Telephone Number: (970) 242-6262
E-mail: jdriscoll@wth-law.com
*Attorneys for Park County Deputy Vermillo*

Certificate of Service

I hereby certify that on the 2nd day of November, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system and hereby certify that I have served the same via U.S. Mail, postage prepaid, to the following non-CM/ECF participant:

John A. Claice
#105782
San Carlos Correctional Facility
P.O. Box 3
Pueblo, CO 81002

/s/ Marlys Bernal
Marlys Bernal, Legal Assistant