# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

        Plaintiff,

v.

P.C. DEPUTY VERMILLO,

        Defendant

---

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

---

Defendant, P.C. Deputy Vermillo, through his attorneys, Jeffrey L. Driscoll of Williams, Turner & Holmes, P.C., moves for an extension of time up to and including December 18, 2015 to file an answer. As grounds for this Motion, Defendant sets forth the following:

### DUTY TO CONFER CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(b)(1), this Motion falls within an exception to the duty to confer because Plaintiff is an unrepresented prisoner. Accordingly, undersigned counsel did not confer with Plaintiff.

### ARGUMENT

1. Plaintiff filed a Prisoner Complaint on August 13, 2015 [*Doc. No. 1*].

2. By Order to Dismiss in Part and to Draw Case dated September 25, 2015 [*Doc. No. 6*], all Defendants were dismissed except P.C. Deputy Vermillo.

3. Subsequently, on October 5, 2015 Plaintiff filed Motions [*Doc. No. 11*], in which he sought additional time to file an amended complaint.

4. By Order entered on October 7, 2015 [*Doc. No.13*], Plaintiff's request for additional time to file an amended complaint was granted and Plaintiff has been given until December 4, 2015 to do so.

5. Defendant was served on October 23, 2015 and an answer is due by November 13, 2015 [*Doc. No. 16*].

6. Accordingly, an answer is due to the Complaint [*Doc. No. 1*] prior to the deadline given for Plaintiff to file an amended complaint.

7. The allegations and claims to which Defendant needs to respond may change if Plaintiff amends his Complaint, which will necessitate Defendant modifying and filing multiple responses.

8. Judicial efficiency will be promoted if Defendant only has to respond to a single complaint rather than multiple complaints.

9. Pursuant to Rule 15(a)(3), Fed.R.Civ.P., a party has 14 days after service of an amended pleading to respond when the original response period has already transpired.

10. Defendant therefore requests that he be allowed 14 days after the December 4, 2015 deadline for Plaintiff to amend his Complaint for filing an answer, which is an extension up to and including December 18, 2015.

11. This is Defendant's first request for an extension of time. A copy of this Motion has been provided to Defendant.

12. Plaintiff will not be prejudiced as the amount of the extension of time requested is no longer than Defendant is allowed under the applicable rule for responding to an amended complaint.

13. The extension will not adversely affect the status conference set for January 5, 2016 [*Doc. No. 10*] as an answer will have been filed prior to the conference.

14. It is appropriate to grant an extension when, as here, the request is timely made and is supported by good cause.  *Rule 6(b)(1)(A), Fed.R.Civ.P.*

WHEREFORE, Defendant P.C. Deputy Vermillo requests an extension of time up to and including December 18, 2015 for filing an answer.

Dated this 6th day of November, 2015.

*/s/ Jeffrey L. Driscoll*
Jeffrey L. Driscoll, Reg. No. 21825
WILLIAMS, TURNER & HOLMES, P.C.
P.O. Box 338 / 200 North 6th Street
Grand Junction, CO  81502
Telephone Number:  (970) 242-6262
E-mail: jdriscoll@wth-law.com
*Attorneys for Park County Deputy Vermillo*

Certificate of Service

I hereby certify that on the 6th day of November, 2015, I electronically filed the foregoing DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER and proposed order with the Clerk of the Court using the CM/ECF system and hereby certify that I have served the same via U.S. Mail, postage prepaid, to the following non-CM/ECF participant:

John A. Claice
#105782
San Carlos Correctional Facility
P.O. Box 3
Pueblo, CO  81002

*/s/ Marlys Bernal*
Marlys Bernal, Legal Assistant
