IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

        Plaintiff,

v.

P.C. DEPUTY VERMILLO,

        Defendant

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE ANSWER**

---

      This matter is before the Court on Defendant P.C. Deputy Vermillo's first motion for an extension of time to respond to Plaintiff's Complaint or Amended Complaint. The Court finds that the motion should be GRANTED. The deadline for P.C. Deputy Vermillo to respond to the Complaint or Amended Complaint is extended up to and including **December 18, 2015**.

      Dated this _____ day of November, 2015.

                                          BY THE COURT:

                                          _____