**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2015

JEFFREY P. COLWELL
CLERK

Released From Custody
Return to Sender

15-cv-1750 RBJ #19

DENVER, CO 802
SPECIAL MAIL
20 NOV '15
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
11/09/2015
US POSTAGE $00.48
ZIP 80294
041L11245087

John A. Claice
#105782
San Carlos Correctional Facility (SCCF)
P.O. Box 3
Pueblo, CO 8

NIXIE         802      72 1            0011/19/15
         RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 80294250099        *1220-05927-09-37

