IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01750-RBJ-CBS | Date: January 5, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                             *Counsel:*

JOHN A. CLAICE,                              *Pro se*

Plaintiff,

v.

VERMILLO,                                        Jeffrey Driscoll

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 10:00 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding what discovery will be needed in this case. Parties on the phone are having difficulty hearing the court. This hearing will be continued.

**ORDERED:** A further Status Conference is set for **January 14, 2016 at 11:00 a.m.** Mr. Claice and counsel are REQUIRED to appear in person for this hearing.

Hearing Concluded.

**Court in recess: 10:06 a.m.**
Time in court: 00:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.