

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 12 2016

JEFFREY P. COLWELL
CLERK

15-CV-1750-RBJ
#22

John A. Claice
#105782
San Carlos Correctional Facility (SCCF)
P.O. Box 3
Pueblo, CO 81302

RTS
PAROLED