IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01750-RBJ-CBS           Date: January 14, 2016
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                                                *Counsel:*

JOHN A. CLAICE,                                              *Pro se* (by phone)

Plaintiff,

v.

VERMILLO,                                                         Jeffrey Driscoll

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 11:19 a.m.**
Court calls case. Appearances of counsel.

The Plaintiff was ordered to appear for this hearing in person. The Plaintiff was unable to get confirmation from his parole officer to come to Denver and appears by phone.

The court does not have a current mailing address for the Plaintiff. It is the Plaintiff's responsibility to keep the court and defense counsel updated any time his address changes. This case could be dismissed if the Plaintiff fails to comply with the Local Rules. The Plaintiff's mailing address is 14747 Marine Rd #121, Montrose, CO 81403.

Discussion regarding what discovery the Plaintiff will need in this case. The Plaintiff intends to serve a subpoena on Park County Jail for video tapes and to subpoena other inmates. The Plaintiff may not mail a subpoena. All subpoenas must be served on the party by someone over the age of 18.

The court advises the Plaintiff how the discovery process works and how a lawsuit progresses.

**ORDERED:** Discovery deadline: **May 23, 2016**
Dispositive motion deadline: **June 30, 2016**
Each side may serve **25** interrogatories, **25** requests for production, and **25** requests for admission.
Each side is limited to **10** depositions.

The Plaintiff is reminded that it is his responsibility to promptly notify the court and defense counsel each and every time his address changes.

Hearing Concluded.

**Court in recess: 11:32 a.m.**
Time in court: 00:13

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.