To The U.S. Dist. Court For Dist of Colo.
901 - 19Th ST. Rm A-105
Denver Colo. 80294-3589

CASE #
15-CV-01750-RBJ-CBS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2016

JEFFREY P. COLWELL
CLERK

Plantiff:
John A. Claice

Def. Dept. Vermillio

## Motion To Dismiss Case

I John A. Claice Do wish To withdraw my civil Rights Complaint For Case # 015-CV-01750 Claice V. Park County, Deputy vermillio, Dismiss without Prejudice.

Signed Dated, [signature] 2-25-16.

I Do certify That I have sent a copy of This Document to the named party's in this matter on - 2-25-16.

Signed/ Dated - [signature]
2-25-16