# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

        Plaintiff,

v.

P.C. DEPUTY VERMILLO,

        Defendant

## DEFENDANT'S STIPULATION OF DISMISSAL

Defendant, P.C. Deputy Vermillo,[1] through his attorneys, Jeffrey L. Driscoll of Williams, Turner & Holmes, P.C., submits the following Stipulation of Dismissal:

1. On March 14, 2016, Plaintiff filed a Motion to Dismiss Case. [*Doc. #25*]

2. In the Motion, Plaintiff states that he wishes to withdraw this case and requests that the case be dismissed without prejudice.

3. A plaintiff may voluntarily dismiss a case without a court order if he does so before the opposing party serves an answer or a motion for summary judgment, or, if a stipulation of dismissal is signed by all parties who have appeared. *Fed. R. Civ. P. 41(a)(1)(A)(i & ii).*

4. Defendant served his answer on December 18, 2015. [*Doc. # 21*] Defendant did not assert any counterclaims.

5. As such, procedurally Plaintiff may only voluntarily dismiss his case upon stipulation of Defendant.

---

[1] The Deputy's correct last name is Vermillion, not Vermillo.

6. Defendant has no objection to Plaintiff's Motion and hereby stipulates to dismissal without prejudice.

7. Attached hereto is a proposed form of Order of Dismissal.

WHEREFORE, Defendant, P.C. Deputy Vermillo stipulates to dismissal and requests the Court to enter an order of dismissal without prejudice.

Dated this 15th day of March, 2016.

/s/ Jeffrey L. Driscoll
Jeffrey L. Driscoll, Reg. No. 21825
WILLIAMS, TURNER & HOLMES, P.C.
P.O. Box 338 / 200 North 6th Street
Grand Junction, CO  81502
Telephone Number:  (970) 242-6262
E-mail: jdriscoll@wth-law.com
*Attorneys for Park County Deputy Vermillo*

Certificate of Service

I hereby certify that on the 15th day of March, 2016, I electronically filed the foregoing Defendant's Stipulation of Dismissal and proposed form of order with the Clerk of the Court using the CM/ECF system and hereby certify that I have served the same via U.S. Mail, postage prepaid, to the following non-CM/ECF participant:

John A. Claice
14747 Marine Road, #121
Montrose, CO 81403

/s/ Marlys Bernal
Marlys Bernal, Legal Assistant to
Jeffrey L. Driscoll