**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

    Plaintiff,

v.

P.C. DEPUTY VERMILLO,

    Defendant

---

**ORDER OF DISMISSAL**

---

  THE COURT, having reviewed Plaintiff's Motion to Dismiss Case [*Doc. #25*] and Defendant's Stipulation of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(2),

  HEREBY ORDERS dismissal of this case without prejudice.

  Done this ____ day of _____, 2016.

                BY THE COURT:

                _____