# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01750-RBJ-CBS

JOHN A. CLAICE,

        Plaintiff,

v.

P.C. DEPUTY VERMILLO,

        Defendant

---

## ORDER OF DISMISSAL

---

THE COURT, having reviewed Plaintiff's Motion to Dismiss Case [*Doc. #25*] and Defendant's Stipulation of Dismissal, and pursuant to Fed. R. Civ. P. 41(a)(2),

HEREBY ORDERS dismissal of this case without prejudice.

Done this 15th day of March, 2016.

BY THE COURT:

_____